

# COURT OF APPEALS

SANDEE BRYAN MARION
  CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

August 5, 2015

Anthony Colton
Attorney at Law
301 Fair Ave.
San Antonio, TX 78223-1111
* DELIVERED VIA E-MAIL *

Joshua Somers
Bexar County Assistant District
Attorney
101 West Nueva Street
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:    04-15-00027-CR
        Trial Court Case Number:    2012CR9653
        Style:               Linda Martinez a/k/a Linda Ramirez   v. The State of Texas

Dear Counsel:

The above cause has been set for formal submission ON BRIEFS ONLY before this Court on Tuesday, September 8, 2015, before a panel consisting of Justice Rebeca C. Martinez, Justice Patricia O. Alvarez, and Justice Luz Elena D. Chapa.

                      Very truly yours,
                      KEITH E. HOTTLE, CLERK

                      Cynthia A. Martinez
                      Deputy Clerk, Ext. 53853